COMPLAINT . ER 42 USC §1983, CIVIL RIGHTS ACT-1   ID (Rev. 7/97)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _Southern_ **DISTRICT OF TEXAS**
_Brownsville_ **DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

_MARK PROBASCO_ # 1102569
Plaintiff's name and ID Number

_WILLACY STATE JAIL_
Place of Confinement

**''SCELLANEOUS**

CASE NO: _B-03-004__
(Clerk will assign the number)

**B-03-069**

v.

① _DAVID FORREST - WARDEN_
Defendant's name and address
② _MARGARET CISNEROS - ASSISTANT WARDEN_
③ _JULIO S. SALDANA JR. - FORMER EDUCATION DIRECTOR_
Defendant's name and address
④ _JUANITA SMITH - INTERIM EDUCATION DIRECTOR_
_- WILLACY STATE JAIL -_
Defendant's name and address
(DO NOT USE "ET AL.")
_1695 S. BUFFALO DR._
_RAYMONDVILLE, TEXAS 78580_

I.    **PREVIOUS LAWSUITS:**

A. Have you filed _any_ other lawsuits in state or federal court relating to your imprisonment?          ___ YES    ✓ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: _____

2. Parties to previous lawsuit:
   P l a i n t i f f ( s ) _____

   Defendant(s) _____

3. Court (If federal, name the district; if state, name the county) _____

4. Docket Number: _____

5. Name of judge to whom case was assigned: _____

6. Disposition: (Was the case dismissed, appealed, still pending?)

   _____

7. Approximate date of disposition: _____

II.   **PLACE OF PRESENT CONFINEMENT:** _WILLACY STATE JAIL_

III.  **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?  ___ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.   **PARTIES TO THIS SUIT:**

A. Name of address of plaintiff:  _MARK PROBASCO # 1102569_
_WILLACY STATE JAIL    1695 S. BUFFALO DR._
_RAYMONDVILLE, TEXAS   78580-4115_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _DAVID FORREST - WARDEN   WILLACY STATE JAIL_
_1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580-4115_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_DENIED ME ACCESS TO DRUG/ALCOHOL COURSE FOR SUBSTANCE ABUSE TREATMENT._

Defendant #2: _MARGARET CISNEROS - ASSISTANT WARDEN   WILLACY STATE JAIL_
_1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580-4115_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_DENIED ME ACCESS TO DRUG/ALCOHOL COURSE FOR SUBSTANCE ABUSE TREATMENT_

Defendant #3: _JULIO S. SALDANA JR. - FORMER HEAD OF EDUCATION  WILLACY STATE JAIL_
_1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580-4115_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_DENIED ME ACCESS TO DRUG/ALCOHOL COURSE FOR SUBSTANCE ABUSE TREATMENT._

Defendant #4: _JUANITA SMITH - INTERIM EDUCATION DIRECTOR   WILLACY STATE JAIL_
_1695 S. BUFFALO DR. RAYMONDVILLE, TEXAS 78580-4115_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.   **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_— SEE ATTACHED PAGE —_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① MY IMMEDIATE RE-ENROLLMENT IN DRUG/ALCOHOL COURSE.

② WILLACY STATE JAIL TO ESTABLISH DRUG AND ALCOHOL COUNSELING SERVICES FOR NOT LESS THAN 80 PERCENT OF INMATES HOUSED THERE TO COMPLY WITH TEXAS GOVT. CODE.

③ UNSPECIFIED PUNITIVE DAMAGES.

## VII.  BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases:

MAURY FRANK PROBASCO

B.  List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

#941426

## VII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?

___ YES ✓ NO

B.  If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give district and division):_____
2.  Case Number: _____
3.  Approximate date sanctions were imposed: _____
4.  Have the sanctions been lifted or otherwise satisfied?  ___ YES ___ NO

C.  Has any court ever warned or notified you that sanctions could be imposed?  ___ YES ___ NO

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

    1.   Court that imposed warning (if federal, give the district and division): _____

    2.   Case number: _____

    3.   Approximate date warnings were imposed: _____

Executed on: _____            _____
          DATE

                                             _____
                                           (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1.   I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2.   I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3.   I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

    4.   I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5.   I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this    _24th_    day of   _FEBRUARY_   , 20 _03_ .
                  (Day)                 (Month)          (Year)

                                               *Mark Fulson*

                                          _____
                                           (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ITEM V.    STATEMENT OF CLAIM -

Upon being processed into the Texas Department of Criminal Justice it was determined that I have a drug and/or alcohol problem and therefore need counseling for that problem. I was processed at the Garza West Unit in Beeville during the week of June 13, 2002.

After being transferred to the Willacy State Jail on July 23, 2002, I was interviewed by the Individual Treatment Plan Committee and recommended for enrollment in the Drug/Alcohol Course in the academic program. I was then enrolled in the course on 8-16-02. On 10-10-02 I was dropped from enrollment by an administrative decision handed down by the Warden's office (David Forrest - Warden and Margaret Cisneros - Asst. Warden). I then requested to be re-enrolled through the Education Department by both Juanita Smith, Education Counselor, and Julio S. Saldana, Jr., Education Director, and was denied. A Step 1 Grievance was submitted in the matter and I was again denied re-enrollment by the Warden's office.

This program is considered to be essential to my rehabilitation and my re-entry into society. My emotional well-being has suffered greatly and my recovery program has been severely damaged. I have been denied access to a state recommended substance abuse treatment program by the Education Department and the Administration of the Willacy State Jail.

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _2003034473_

Date Received: _OCT 2 1 2002_

Date Due: _11/30/02_

Grievance Code: _206_

Investigator ID #: _I0998_

Extension Date: _____

Date Retd to Offender: _DEC 0 1 2002_

Offender Name: _MARK PROBASCO_    TDCJ # _1102569_

Unit: _WILLACY CO. UNIT_  Housing Assignment: _H/C-10_

Unit where incident occurred: _WILLACY COUNTY UNIT_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? _MR. SALDANA / EDUCATION DIRECTOR_ When? _10-17-02_

What was their response? _HE STATED THAT I WAS DROPPED FROM D/A CLASS BECAUSE SOMEONE ELSE NEEDED TO BE ENROLLED._

What action was taken? _NONE_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

ON 10-10-02 I WAS NOTIFIED THAT I HAD BEEN DROPPED FROM THE DRUG / ALCOHOL PROGRAM. I WAS GIVEN NO REASON WHY I WAS DROPPED.

ON 10-17-02, I SPOKE WITH MR. SALDANA, HEAD OF THE EDUCATION DEPARTMENT HERE AT WILLACY COUNTY. WHEN I ASKED WHY I HAD BEEN DROPPED HE STATED THAT, "SOMEONE ELSE NEEDED TO BE ENROLLED IN MY PLACE."

I STATED THAT I DID NOT UNDERSTAND THE ANSWER. HE SAID THAT WAS ALL I NEEDED TO KNOW.

I FEEL THAT COMPLETION OF THIS COURSE HAS A DEFINITE BEARING ON MY CHANCES OF MAKING PAROLE. I ALSO FEEL IT IS A VITAL PART OF MY REHABILITATION.

TEXAS GOVERNMENT CODE, VOL. 4A, SEC. 501.093 (e) STATES "THE INSTITUTIONAL DIVISION SHALL FUND AND OPERATE A FULL SERVICE ALCOHOLISM AND DRUG COUNSELING PROGRAM FOR CHEMICALLY DEPENDANT INMATES. THE INSTITUTIONAL DIVISION SHALL PROVIDE A SUFFICIENT NUMBER OF ALCOHOLISM AND DRUG COUNSELING SERVICES FOR NOT LESS THAN 80 PERCENT OF THOSE INMATES IN NEED OF ALCOHOL AND DRUG COUNSELING."

I FEEL THAT I WAS DISCRIMINATED AGAINST IN THAT I AM AN INSTITUTIONAL DIVISION OFFENDER. I WAS DROPPED FROM CLASS IN ORDER TO MAKE ROOM FOR A STATE JAIL CONFINEES.

IT IS THE RESPONSIBILITY OF WILLACY COUNTY CORRECTIONS TO PROVIDE FACILITIES AND PROGRAMS FOR TREATMENT OF MY CHEMICAL DEPENDANCY PROBLEM WHILE I AM INCARCERATED HERE.

1-127 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

I HAVE BEEN DENIED BY THE ADVANTAGES OF PAROLE AS WELL
AS ASSIST IN MY REHABILITATION.

ACTION REQUESTED TO RESOLVE YOUR COMPLAINT:
1. IMMEDIATE RE-ENROLLMENT IN D/A CLASS, (PERSONAL)
2. ESTABLISH DRUG AND ALCOHOL COUNSELING SERVICES FOR NOT LESS THAN 80 PERCENT
   OF INMATES HOUSED HERE AT WILLACY COUNTY CORRECTIONS TO BRING COMPLIANCE
   WITH TEXAS GOVERNMENT CODE.

OFFENDER SIGNATURE: Mark Robinson        DATE: 10-17-02

GRIEVANCE RESPONSE:

AN INQUIRY WAS CONDUCTED INTO THE ALLEGATIONS YOU PRESENT. THE SUBSTANCE ABUSE CLASSES ARE
SET UP TO FACILITATE STATE JAIL CONFINEES FIRST. IF THERE IS A VACANCY, THEN WE TAKE PRIORITY
INSTITUTIONAL OFFENDERS, WHEN THERE IS NO MORE STATE JAIL CONFINEES LEFT TO FILL THE VACANCIES.
NO FURTHER ACTION WARRANTED.

SIGNATURE AUTHORITY: M Cisnelos Allen        NOV 30 2002

Texas Department of Criminal Justice

# STEP 2
PASO 2

### OFFENDER GRIEVANCE FORM

Forma Para Quejas de los Preso

Offender Name: **MARK PROBASCO**    TDCJ # **1102569**

Unit: **WILLACY COUNTY**    Housing Assignment: **1C-10**

Unit where incident occurred: **WILLACY COUNTY CORRECTIONS**

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: 2003034473
UGI Rec'd Date: DEC 11 2002
HQ Rec'd Date: ___
Date Due: 01/15/2003
Grievance Code: 206
Investigator Number: ___
☐ EM  ☐ UOF  ☐ MED
☐ ADA  ☐ REL  ☐ SSI

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

① I WAS NOT RE-ENROLLED AND ALLOWED TO COMPLETE THE CLASS.

② WILLACY COUNTY CORRECTIONS IS STILL NOT IN COMPLIANCE WITH TEXAS GOVERNMENT CODE IN THIS MATTER.

③ THE RESPONSE TO MY STEP 1 WAS NOT RETURNED IN A TIMELY MANNER.

IN REGARD TO ITEM 1 ABOVE; I WAS PLACED IN THE D/A CLASS BY THE I.T.P. COMMITTEE. I BELIEVE I SHOULD HAVE BEEN ALLOWED TO COMPLETE THE COURSE INSTEAD OF BEING DROPPED TO ALLOW A STATE JAIL CONFINEE TO TAKE MY PLACE. WHO MAKES THE DECISIONS ON WHOSE NEEDS ARE GREATER IN THESE CIRCUMSTANCES? IS THERE AN L.C.D.C. ON THE ADMINISTRATIVE COMMITTEE THAT DROPPED ME FROM ENROLLMENT? MORE IMPORTANTLY, DROPPING ANYONE FROM A D/A CLASS SEEMS TO DETER THE PURPOSE OF THE CLASS, THE I.T.P. COMMITTEE, AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE. SENDING OFFENDERS BACK OUT INTO THE WORLD WITHOUT COMPLETING THEIR TREATMENT, AS DETERMINED BY THE I.T.P. COMMITTEE, NOT ONLY DOES NOT BENEFIT SOCIETY, BUT HARMS IT — THE OPPOSITE OF WHAT T.D.C.J. IS DESIGNED TO DO.

AS I STATED IN MY STEP 1, TEXAS GOVERNMENT CODE, VOLUME 4A, SECTION 501.093(C) STATES, "THE INSTITUTIONAL DIVISION SHALL FUND AND OPERATE A FULL SERVICE ALCOHOLISM AND DRUG COUNSELING PROGRAM FOR CHEMICALLY DEPENDENT INMATES. THE INSTITUTIONAL DIVISION SHALL PROVIDE A SUFFICIENT NUMBER OF ALCOHOLISM AND DRUG COUNSELING SERVICES FOR NOT LESS THAN 80 PERCENT OF THOSE INMATES IN NEED OF ALCOHOL AND DRUG COUNSELING." WILLACY COUNTY CORRECTIONS HAS NO SUCH PROGRAM AVAILABLE TO 80 PERCENT OF THE INSTITUTIONAL DIVISION OFFENDER POPULATION. THERE IS ALSO VERY LIMITED ACCESS TO DRUG/ALCOHOL COUNSELORS FOR INSTITUTIONAL DIVISION OFFENDERS ON THIS UNIT.

ALSO, THE RESPONSE TO MY STEP 1 WAS NOT RETURNED TO ME UNTIL THE EVENING MAIL CALL ON 12-9-02. THIS CAN BE VERIFIED BY OFFICERS S. GARCIA AND OFFICER TAMEZ WHO WERE ON DUTY THAT EVENING IN HOUSING 1 OF THE WILLACY UNIT. IN THE

OFFENDER GRIEVANCE FORM #4 SUBTITLE ITEM 5 IT STATES "S__ F __AU HAVE 40 CALENDAR DAYS FROM THE RECEIPT OF THE GRIEVANCE IN WHICH TO INVESTIGATE, RESPOND, SIGN AND RETURN THE GRIEVANCE TO THE OFFENDER." IF NOT, THE OFFENDER IS TO BE NOTIFIED IN WRITING OF AN EXTENSION. I WAS NEVER NOTIFIED OF SUCH AN EXTENSION THEREFORE I AM AUTOMATICALLY ENTITLED TO AN APPEAL. ALSO, PLEASE NOTE HOW THE DATE ON THE SIGNATURE OF A. W. CISNEROS APPEARS TO HAVE BEEN ALTERED, DECEMBER 1, 2002, AS I UNDERSTAND IT, FELL ON A SUNDAY AND THERE IS NO MAIL DELIVERED ON SUNDAYS.

IN CONCLUSION, I HAVE BEEN DENIED A COURSE THAT COULD IMPROVE MY CHANCES FOR PAROLE AND, MORE IMPORTANTLY AS ALLUDED TO EARLIER, ASSIST IN MY REHABILITATION. I WOULD ALSO LIKE IT NOTED THAT IT IS A COMMON PRACTICE OF W.C.C. TO TRANSFER OFFENDERS THAT QUESTION THEIR POLICIES. THIS PRACTICE IS BLATENTLY OBSERVED. SINCE I BELIEVE THIS COULD HAPPEN TO ME, I AM SENDING THIS STEP 2 SIMULTANEOUSLY TO THE GRIEVANCE STAFF IN HUNTSVILLE. I AM ALSO DOING THIS TO ASSURE MY STEP 2 WILL BE RECEIVED ON TIME.

Offender Signature: _Mark Kraemer_      Date: _12-11-02_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

**An investigation conducted by this office reveals that you do not meet the eligibility criteria to participate in the State Jail Therapeutic Community.-bb-d**

Signature Authority: GILBERT CAMPUZANO DEPUTY DIRECTOR - SJD      Date: JAN 29, 2003

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.      Grievance Staff: _____

128 Back (9/1/1999)