IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_ DISTRICT OF TEXAS
_BROWNSVILLE_ DIVISION

United States District Court
Southern District of Texas
FILED

MAR 03 2003

Michael N. Milby
Clerk of Court

_MARK PROBASCO_ # _1102569_
Plaintiff's name and ID Number

_WILLACY COUNTY STATE JAIL_
Place of Confinement

v.

_WILLACY CO, STATE JAIL, RAYMONDVILLE, TEXAS_
Defendant's name and address

**MISCELLANEOUS**

CASE NO. **B- 0 3 - 0 0 4 . .**
(Clerk will assign the number)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

**B-03-069**

I, _MARK PROBASCO_ _____, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

|   |   |
|---|---|
| a. Business, profession or from self-employment | Yes☐ No☑ |
| b. Rent payments, interest or dividends? | Yes☐ No☑ |
| c. Pensions, annuities or life insurance payments? | Yes☐ No☑ |
| d. Gifts or inheritances? | Yes☐ No☑ |
| e. Family or friends? | Yes☐ No☑ |
| f. Any other sources? | Yes☐ No☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☐          No☑
    If you answered **YES**, state the total value of the items owned.

_____

_____

ATCIFP

3.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐                    No☑

If you answered YES, describe the property and state its approximate value.

_____  _____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___11 TH___ day of __FEBRUARY_____, 2003.

_Mark Kabler_ # 1102569_

Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

ATCIFP

```
CSIMF150   T E X A S   D E P A R T M E N T   O F   C O R R E C T I O N S
               I N M A T E   T R U S T   F U N D   I N Q U I R Y
                    DATE:  02/24/03     TIME:  10:36:43

TDC NUMBER 01102569                    NAME PROBASCO,MARK

UNIT WI                                RECEIVE/DEPARTURE CDE RA

TF BEG BAL        0.00                 TF END BAL        0.00
                                                                  B-03-069
TF HOLD AMT       0.00                 TF STATUS MC

TF POSTAGE OWED      2.18              INDIGENT DATE 06/13/02

LAST TRANSACTION DATE 02/12/03         OLD TDC NUMBER

MEDICAL COPAY OWED     18.00           PLRA OWED        0.00


        PLEASE ENTER YOUR NEXT REQUEST _____
        OR                      SID NUM _____
```

FEB 2 5 REC'D