B-03-MC-004

MARCH 8, 2003

U.S. DISTRICT CLERK'S OFFICE
BROWNSVILLE DIVISION
600 EAST HARRISON / 1ST FLOOR
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

MAR 12 2003

Michael N. Milby
Clerk of Court

B-03-069 *

TO WHOM IT MAY CONCERN:

THIS IS TO NOTIFY YOUR OFFICE THAT MY ADDRESS HAS BEEN CHANGED. PLEASE FORWARD ANY CORRESPONDENCE TO THIS NEW ADDRESS LISTED BELOW. THANK YOU VERY MUCH.

SINCERELY,

Mark Probasco

MARK PROBASCO #1102569
BEN A. REID CENTER
10950 BEAUMONT HWY.
HOUSTON, TEXAS 77078

CC: FILE