AO 440 (Rev. 10/93) Summons in a Civil Action

David Forrest

# RETURN OF SERVICE

CAB-03-69

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 21, 2003 |
| NAME OF SERVER (PRINT) Robert Aguilar | TITLE DUSM |

United States District Court
Southern District of Texas
RECEIVED Filed
APR 24 2003
Michael N. Milby, Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Summons was mailed to place of employment via certified mail. Summons received by M. Tijerina on 4-15-03</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-21-03
               Date

Signature of Server: Robert Aguilar

600 E. Harrison, Room 1036
Brownsville, Tx. 78520
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.