# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

JUN 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARK PROBASCO, #1102569 | * | |
| vs | * | CIVIL ACTION NO. B03-069 |
| DAVID FORREST, WARDEN, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC SCHEDULING CONFERENCE
(The telephonic call shall be initiated by the Defendants' counsel.)

**June 18, 2003, at 1:30 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520
         956/548-2701

                                            BY ORDER OF THE COURT

June 06, 2003

cc:   Mr. Mark Probasco
      c/o Recovery Foundation
      4312 Crane
      Houston, TX 77026
      713/678-4443

      Ms. Bridget Robinson
      WALSH, ANDERSON, BROWN,
      SCHULZE & ALDRIDGE
      P. O. Box 2156
      Austin, TX 78768