# CHAMBERS MINUTES

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

JUN 1 8 2003

Michael N. Milby
Clerk of Court

LAW CLERK:       Ryan A Byrd

Date:          June 18, 2003, 1:30 p.m.             *CAB-03-69*

------------------------------------------------------------
| MARK PROBASCO, #1102569 | * | Pro se |
|          vs            | * |        |
| DAVID FORREST, WARDEN  | * | Bridget Robinson |

| MARGARET CISNEROS, ASST. WARDEN | * | Bridget Robinson |

| JULIO S. SALDANA, JR., FORMER EDUCATION DIRECTOR | * | |

| JUANITA SMITH INTERIM EDUCATION DIRECTOR | * | Bridge Robinson |

------------------------------------------------------------

## TELEPHONIC SCHEDULING CONFERENCE

A telephonic conference held with Plaintiff Mark Probasco and attorney Bridget Robinson.

The parties agreed to the docket dates. A scheduling order will be issued.