| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| MARK PROBASCO, #1102569 | § | |
|---|---|---|
| VS | § | C.A. NO. B-03-069 (Judge Tagle) |
| DAVID FORREST, WARDEN, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED
JUN 1 9 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

### SCHEDULING ORDER

1. Trial: Estimated time to try: 2 days.   ☑ Bench   ☐ Jury

2. New parties must be joined by:   July 18, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   August 18, 2003

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   September 18, 2003

5. Discovery must be completed by:   November 18, 2003
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ********************

6. Dispositive Motions will be filed by:   December 01, 2003

7. Joint pretrial order is due:   January 23, 2004
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:   February 5, 2004

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:   February 9, 2004
   The case will remain on standby until tried.

Signed June 18, 2003, at Brownsville, Texas.

                                    Felix Recio
                                    United States Magistrate Judge