UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARK PROBASCO, #1102569, §<br>　　　　　　Plaintiff, §<br>　　　　　　　　　　§<br>vs. §<br>　　　　　　　　　　§<br>DAVID FORREST, WARDEN, MARGARET §<br>CISNEROS, ASST. WARDEN, JULIO S. §<br>SALDANA, JR., FORMER EDUCATION §<br>DIRECTOR, JUANITA SMITH, INTERIM §<br>EDUCATION DIRECTOR, §<br>　　　　　　Defendants. § | Civil Action No. B-03-069 |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants David Forrest, Margaret Cisneros, and Juanita Smith and, pursuant to the Scheduling Order issued by the Court in this case, file their Designation of Expert Witness. Defendants hereby designate the following individual who will offer expert testimony on their behalf:

Bridget Robinson
Walsh, Anderson, Brown, Schulze & Aldridge, P.C.
6300 La Calma, Suite 200
Austin, TX 78752
(512) 454-6864

The expert report of Ms. Robinson which meets the requirements of FED. R. CIV. P. 26(a)(2)(B) is being served upon Plaintiff under separate cover.

Respectfully submitted,

WALSH, ANDERSON, BROWN
SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
Telephone: (512) 454-6864
Facsimile: (512) 467-9318

By: _____
BRIDGET ROBINSON
State Bar No. 17086800

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2003, a true and correct copy of the foregoing pleading was served upon Plaintiff by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Mark Probasco
#1102569
Ben A. Reid Center
10950 Beaumont Hwy
Houston, TX 77078

_____
BRIDGET ROBINSON