United States District Court
Southern District of Texas
ENTERED
JAN 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Case 1:03-cv-00069   Document 14   Filed in TXSD on 01/08/2004   Page 1 of 1

UNITED STATES DISTRICT COURT                       SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARK PROBASCO, #1102569 | § | United States District Court<br>Southern District of Texas<br>FILED |
| VS | § C.A. NO. B-03-069<br>(Judge Tagle) | JAN 0 8 2003 |
| UNITED STATES OF AMERICA | § | Michael N. Milby, Clerk of Court |

## AMENDED SCHEDULING ORDER

1.  Trial: Estimated time to try: 2 days.                                    X Bench ___ Jury

2.  New parties must be joined by:                                           July 18, 2003
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:      August 18, 2003

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.            September 18, 2003

5.  Discovery must be completed by:                                          November 18, 2003
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ********************

6.  Dispositive Motions will be filed by:                                    December 01, 2003

7.  Joint pretrial order is due:                                             March 15, 2004
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Tagle
    is set for 1:30 p.m. on:                                                 April 01, 2004

9.  The bench trial date to be set at the time of the docket call and
    final pretrial conference.
    The case will remain on standby until tried.


Signed January 8, 2004, at Brownsville, Texas.

                                                    _____
                                                    Felix Recio
                                                    United States Magistrate Judge