UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARK PROBASCO, #1102569, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DAVID FORREST, Warden, MARGARET § <br> CISNERSO, Asst. Warden, JULIO S. § <br> SALDANA, JR., Former Education § <br> Director, JUANITA SMITH, Interim § <br> Education Director, § <br> Defendants. § | CIVIL ACTION NO. B-03-069 |

## NOTICE & ORDER

The Defendants in this cause of action have filed a motion to dismiss (Docket No. 13). Due to complications regarding the Plaintiff's whereabouts, he did not initially receive a copy of the Defendants' motion. The Court is now confident that the Defendant has received a copy of the motion and is prepared to take the matter under consideration. According to the scheduling order in this case, a joint pretrial order is due by March 15, 2004 (Docket No. 14). The Court has determined that it is unnecessary for the parties to prepare joint pretrial order at this time. In other words, no joint pretrial order is to be prepared until a ruling is made regarding the motion to dismiss. If necessary, a time limit for preparing and filing such an order will be established after a ruling on the motion to dismiss is handed down.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this _____ day of March, 2004.

Felix Recio
United States Magistrate Judge