UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARK PROBASCO, #1102569, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-069 |
| v. | § | |
| | § | |
| DAVID FORREST, Warden, MARGARET | § | |
| CISNERSO, Asst. Warden, JULIO S. | § | |
| SALDANA, JR., Former Education | § | |
| Director, JUANITA SMITH, Interim | § | |
| Education Director, | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge regarding the above-referenced cause of action. After a de novo review of the file:

a. the Magistrate Judge's Report and Recommendation is hereby ADOPTED; and

b. the Defendants' Motion to Dismiss (Docket No. 13) is hereby GRANTED.

As a result, the Plaintiff's cause of action is hereby DISMISSED on the basis of mootness.

IT IS SO ORDERED.

DONE in Brownsville, Texas on this 29 day of March, 2004.

Hilda Tagle
United States District Judge

5